IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Sarah Morr,                                                          Case No: 3:07CV2046

      Plaintiff,

      v.                                                                Judgment Entry

Kamco Industries, Inc.,

      Defendant

For the reasons stated in the Order filed April 15, 2008, it is therefore,

ORDERED that

1) Defendant's motion for summary judgment [Doc. 22] be, and the same hereby is, granted.

2) Plaintiff's motions for summary judgment [Docs. 12 and 19] be, and the same hereby are, denied.

3) Plaintiff's claim for intentional infliction of emotional distress be, and the same hereby is, dismissed.

4) Case closed.

So ordered.

                                                                       s/James G. Carr
                                                                       James G. Carr
                                                                       Chief Judge